LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 N. Garfield Avenue
Alhambra, California 91801
vsarmiento@vis-law.com
Telephone: (626) 308-1171
Facsimile:  (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
Telephone: (818) 347-3333
Facsimile:  (818) 347-34118

*E-FILED - 6/8/10*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY CONTRERAS and JOSE LUA, SR., individually and as Administrators of the Estate of Richard A. Lua, GENEVIEVE BLACK,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE; CHIEF ROBERT DAVIS; OFFICER ERIC BACHMANN; OFFICER PATRICK LYNCH and DOES 1 to 10,<br><br>Defendants. | CASE NO.:  CV 10-00953 RMW<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;**<br>[ xxxxxxxxxxx **ORDER** |

*WHEREAS*, the Case Management Conference ("CMC") is presently scheduled for June 11, 2010;

*WHEREAS,* formal appearance by defense counsel has not been made on behalf of the defendants, and is expected to be made by June 28, 2010;

///

1

JOINT STIPULATION TO CONTINUE                    CV 10-00953 RMW
CASE MANAGEMENT CONFERENCE
AND xxxxxxxxx ORDER

1   *WHEREAS*, the responsive pleading to Plaintiffs' First Amended Complaint ("FAC") is due

2   on June 28, 2010, pursuant to a stipulation filed by the parties on May 26, 2010;

3   *WHEREAS*, the Declaration of Richard D. North was filed in support of the stipulation

4   requesting extension of time to respond to the FAC, and said Declaration sets forth the reasons for the

5   request;

6   *WHEREAS*, the short continuance of the CMC will allow formal appearance by defense

7   counsel on behalf of all defendants, and meaningful participation in the CMC;

8   *WHEREAS*, based on the foregoing, the parties request that the CMC be continued to July 23,

9   2010, or a date agreeable with the Court.

10

11   **SO STIPULATED:**

12

13   Dated:   June 3, 2010          **LAW OFFICES OF VICKI I. SARMIENTO**
                                     **LAW OFFICES OF DALE K. GALIPO**

14

15

16                                   By: _____
                                     VICKI I. SARMIENTO

17                                   Attorneys for Plaintiffs

18

19   Dated: June 3, 2010           **RICHARD DOYLE, City Attorney**

20

21                                   By: _____

22                                   RICHARD D. NORTH
                                     Attorneys for Defendants

23                                   CITY OF SAN JOSE, CHIEF ROBERT DAVIS,
                                     OFFICER ERIC BACHMAN, and

24                                   OFFICER PATRICK LYNCH

25

26

27

28

2

JOINT STIPULATION TO CONTINUE                    CV 10-00953 RMW
CASE MANAGEMENT CONFERENCE
AND [ XXXXXXX ] ORDER

|xxxxxxxxxxx| **ORDER**

The Court having considered the Joint Stipulation hereby continues the Case

Management Conference to July 23, 2010 at 10:30 a.m.

Dated:   6/8/10

*Ronald M. Whyte*

JUDGE OF THE DISTRICT COURT

3