1   RICHARD DOYLE, City Attorney (88625)
    NORA FRIMANN, Assistant City Attorney (93249)
2   CLIFFORD GREENBERG, Sr. Deputy City Attorney (122612)
    RICHARD D. NORTH, Deputy City Attorney (225617)
3   Office of the City Attorney
    200 East Santa Clara Street
4   San José, California  95113-1905
    Telephone Number: (408) 535-1900
5   Facsimile Number:  (408) 998-3131
    E-Mail Address:  cao.main@sanjoseca.gov
6
    Attorneys for Defendants,
7   CITY OF SAN JOSE, CHIEF ROBERT DAVIS, OFFICER ERIC BACHMAN, and
    OFFICER PATRICK LYNCH
8
    VICKI I. SARMIENTO (134047)
9   A Professional Corporation
    333 N. Garfield Avenue
10  Alhambra, California 91801
    Telephone Number:  (626) 308-1171
11  Facsimile Number:    (626) 308-1101
    Email Address:        vsarmiento@vis-law.com          *E-FILED - 8/16/10*
12
    DALE K. GALIPO (144074)
13  Law Offices of Dale K. Galipo
    21800 Burbank Boulevard, Suite 310
14  Woodland Hills, California 91367
    Telephone Number:  (818) 347-3333
15  Facsimile Number:    (818) 347-4118
    Email Address:        dalekgalipo@yahoo.com
16
    Attorneys for Plaintiffs,
17  EMILY CONTRERAS and JOSE LUA, SR.

18
                    UNITED STATES DISTRICT COURT
19
                  NORTHERN DISTRICT OF CALIFORNIA
20
                        SAN JOSE DIVISION
21

22  EMILY CONTRERAS and JOSE LUA,          Case Number:  CV 10-00953 RMW
    SR., individually and as Administrators of
23  the Estate of Richard A. Lua,          **STIPULATION EXTENDING TIME TO
                                           RESPOND TO COMPLAINT;**
24              Plaintiffs,                **[] ORDER**

25          v.

26  CITY OF SAN JOSE; CHIEF ROBERT
    DAVIS; OFFICER ERIC BACHMAN;
27  OFFICER PATRICK LYNCH;
    GENEVIEVE BLACK and DOES 1-10,
28

---

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT        CV 10-00953 RMW
AND [] ORDER
                                                          661626

1                         Defendants.

2

IT IS STIPULATED BETWEEN THE PARTIES THAT:

3

Pursuant to Northern District Local Rule 6-2(a) and the Declaration of Richard D.

4

North, filed herewith, the parties agree that defendants CITY OF SAN JOSE, CHIEF

5

ROBERT DAVIS, OFFICER ERIC BACHMAN, and OFFICER PATRICK LYNCH, shall

6

have until June 28, 2010, to file a responsive pleading to the First Amended Complaint for

7

Damages in the above-captioned action.

8

9   DATED:  May 26, 2010                       RICHARD DOYLE, City Attorney

10

11                                     By: __/s/ Richard D. North_____
                                        RICHARD D. NORTH
                                        Deputy City Attorney

12

13                                     Attorneys for Defendants,
                                    CITY OF SAN JOSE, CHIEF ROBERT
                                    DAVIS, OFFICER ERIC BACHMAN, and

14                                     OFFICER PATRICK LYNCH

15

16   DATED:  May 26, 2010                       LAW OFFICES OF VICKI I. SARMIENTO

17

18                                       By: __/s/ Vicki I. Sarmiento_____
                                        VICKI I. SARMIENTO

19                                     Attorneys for Plaintiffs,
                                    EMILY CONTRERAS and JOSE LUA, SR.

20

21

22   DATED:  May 26, 2010                       LAW OFFICES OF DALE K. GALIPO

23                                     By: __/s/ Dale K. Galipo_____
                                        DALE K. GALIPO

24

25                                     Attorneys for Plaintiffs,
                                    EMILY CONTRERAS and JOSE LUA, SR.

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT       CV 10-00953 RMW
AND [] ORDER

                                                                661626

1   ///

2   ///

3   ///

4       I affirm that plaintiffs' counsel has consented to the electronic filing of this document
on plaintiffs' behalf.

5

6

7

8   DATED:  May 26, 2010                    RICHARD DOYLE, City Attorney

9                                           By:  __/s/ Richard D. North_____
                                                 RICHARD D. NORTH
10                                               Deputy City Attorney

11                                          Attorneys for Defendants,
                                            CITY OF SAN JOSE, CHIEF ROBERT
12                                          DAVIS, OFFICER ERIC BACHMAN, and
                                            OFFICER PATRICK LYNCH
13

14                          **[] ORDER_____**

15

16          **IT IS SO ORDERED.**

17

18   Dated: __8/16/10_____          _Ronald M. Whyte_____

19                                       JUDGE OF THE DISTRICT COURT

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT          CV 10-00953 RMW
AND [] ORDER
                                                           661626