**United States District Court**
For the Northern District of California

E-FILED on  1/11/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY CONTRERAS and JOSE LUA, SR., individually and as Administrators of the Estate of Richard A. Lua,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE; CHIEF ROBERT DAVIS; OFFICER ERIC BACHMANN; OFFICER PATRICK LYNCH; GENEVIEVE BLACK, and DOES 1 to 10,<br><br>Defendants. | No. C-10-00953 RMW<br><br><br>ORDER APPOINTING MELISSA BLACK AS GUARDIAN AD LITEM FOR GENEVIEVE BLACK |

The court has considered the petition of Melissa Black for appointment as Guardian Ad Litem for Genevieve Black, a minor, who is a nominal defendant in the above action. In view of the additional information provided by plaintiffs, and good cause appearing, IT IS ORDERED that Melissa Black be appointed Guardian Ad Litem for Genevieve Black in the above action. Plaintiffs are to notify the court if they are not named administrators of the decedents estate.

DATED:      01/11/2011                    _/s/ Ronald M. Whyte_
                                          RONALD M. WHYTE
                                          United States District Judge

ORDER APPOINTING MELISSA BLACK AS GUARDIAN AD LITEM FOR GENEVIEVE BLACK—No. C-10-00953 RMW
JLR