```
 1  RICHARD DOYLE, City Attorney (#88625)
    NORA FRIMANN, Chief Trial Attorney (#93249)
 2  CLIFF GREENBERG, Sr. Deputy City Attorney (#122612)
    RICHARD NORTH, Deputy City Attorney (#225617)
 3  Office of the City Attorney
    200 East Santa Clara Street
 4  San José, California 95113-1905
    Telephone Number: (408) 535-1900
 5  Facsimile Number: (408) 998-3131
    E-Mail Address: cao.main@sanjoseca.gov
 6
    Attorneys for Defendants,
 7  CITY OF SAN JOSE, CHIEF ROBERT DAVIS,
    OFFICER ERIC BACHMAN and OFFICER PATRICK LYNCH
 8
    LAW OFFICES OF VICKI I. SARMIENTO
 9  A Professional Corporation
    VICKI I. SARMIENTO, SBN 134047
10  333 N. Garfield Avenue                              *E-FILED - 4/15/11*
    Alhambra, California 91801
11  Telephone: (626) 308-1171
    Facsimile: (626) 308-1101
12
    Attorneys for Plaintiffs,
13  EMILY CONTRERAS and JOSE LUA, SR.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY CONTRERAS and JOSE LUA, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, CHIEF ROBERT DAVIS, OFFICER ERIC BACHMAN OFFICER PATRICK LYNCH, GENEVIEVE BLACK and DOES 1 to 10, <br><br> Defendants. | Case Number: C10-00953 RMW <br><br> **STIPULATION TO CONTINUE TRIAL AND RELATED DATES;** <br> **[xxxxxxxxxxxx ORDER** |

The parties to this action, by and through their attorneys of record, Richard D. North for Defendants and Vicki I. Sarmiento for Plaintiff, hereby stipulate as follows:

---

STIPULATION TO CONTINUE TRIAL AND RELATED DATES;                                C10-00953 RMW
[xxxxxxxxx] ORDER                                                                        741723

1   This case is currently set for trial on October 3, 2011.  However, Defendants'
2   counsel, Richard D. North has a conflicting trial scheduled for October 2011.  The parties
3   also require additional time to conduct fact discovery and depositions given difficulties
4   confronting counsel for the City in collecting all of the evidence.
5   Plaintiff's counsel, Vicki I. Sarmiento, has agreed to a continuance of the trial and
6   related dates.
7   In light of this and attorneys' calendars, the parties hereby stipulate to continue the
8   trial date and related pretrial dates and seek the Court's approval for the same.
9   The current trial and pretrial dates are as follows:

| | |
|---|---|
| Fact Discovery Cutoff | May 3, 2011 |
| Expert Designation | June 3, 2011 |
| Expert Discovery Cutoff | August 3, 2011 |
| Dispositive Motion Hearing Deadline | August 12, 2011 |
| Pre-Trial Conference | September 22, 2011 at 2:00 pm |
| Jury Trial | October 3, 2011 |

The parties seek the following new schedule:

| | |
|---|---|
| Fact Discovery Cutoff | October 19, 2011 |
| Expert Designation | November 18, 2011 |
| Expert Discovery Cutoff | January 18, 2012 |
| Dispositive Motion Hearing Deadline | January 27, 2012 |
| Pre-Trial Conference | March 1, 2012 at 2:00 pm |
| Jury Trial | March 19, 2012 |

The parties will participate in a settlement conference within thirty (30) days of the final Pretrial Conference.  The parties will arrange for an earlier settlement conference with the Magistrate to take place before the end of August 2011.

///
///
///

1  All other deadlines and limitations will remain as provided by the Court's August 16,
2  2010 Order.

3

4
5  Dated: April 7, 2011

          /s/ Vicki I. Sarmiento
          VICKI I. SARMIENTO
          Attorney at Law

6
7  Attorney for Plaintiffs,
   EMILY CONTRERAS and JOSE LUA, SR.

8

9
10 Dated: April 7, 2011

RICHARD DOYLE, City Attorney

11  By:     /s/ Richard D. North
        RICHARD D. NORTH
12        Deputy City Attorney

13  Attorney for Defendants,
   CITY OF SAN JOSE, CHIEF ROBERT DAVIS
14 OFFICER ERIC BACHMAN and OFFICER
   PATRICK LYNCH

15

16  ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

17  I attest that concurrence in the filing of this document by the signatories, Richard D.
18 North and Vicki I. Sarmiento, has been obtained, and that a record of the concurrence
19 shall be maintained at the Office of the City Attorney.

20

21 Dated: April 7, 2011           By:     /s/ Richard D. North
                                                  RICHARD D. NORTH
22
23

24  **IT IS SO ORDERED.**

25
26  Dated:   4/15/11

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Court Judge

27
28