# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY CONTRERAS and JOSE LUA, SR., individually and as Administrators of the Estate of Richard A. Lua,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE; CHIEF ROBERT DAVIS; OFFICER ERIC BACHMANN; OFFICER PATRICK LYNCH, GENEVIEVE BLACK and DOES 1 to 10,<br><br>Defendants. | CASE NO.:  CV 10-00953 RMW<br><br>**[] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  The Court having considered the Joint Stipulation of Dismissal with Prejudice
2  submitted by counsel for Plaintiff and counsel for Defendants and GOOD CAUSE
3  
4  APPEARING THEREFORE, the Stipulation is hereby GRANTED.
5  It is hereby ordered that the complaint of Plaintiffs, EMILY CONTRERAS and
6  
7  JOSE LUA, SR., individually and as Administrators of the estate of RICHARD A.
8  LUA, against Defendants, CITY OF SAN JOSE, CHIEF ROBERT DAVIS, OFFICER
9  
10 ERIC BACHMANN, OFFICER PATRICK LYNCH, and GENEVIEVE BLACK,
11 United State District Court, Case Number CV 10-00953 RMW is hereby dismissed
12 with prejudice.
13
14 IT IS SO ORDERED.
15
16 DATED: _____     _____
17                               HONORABLE RONALD M. WHYTE
                                 U.S. District Court
18                               Northern District of California