1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY CONTRERAS and JOSE LUA, SR., individually and as Administrators of the Estate of Richard A. Lua,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF SAN JOSE; CHIEF ROBERT DAVIS; OFFICER ERIC BACHMANN; OFFICER PATRICK LYNCH, GENEVIEVE BLACK and DOES 1 to 10,<br><br>Defendants. | CASE NO.:  CV 10-00953 RMW<br><br>**[] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

] ORDER GRANTING JOINT STIP OF DISMISSAL WITH PREJUDICE          CV 10-00953 RMW

1  The Court having considered the Joint Stipulation of Dismissal with Prejudice submitted by counsel for Plaintiff and counsel for Defendants and GOOD CAUSE APPEARING THEREFORE, the Stipulation is hereby GRANTED.

It is hereby ordered that the complaint of Plaintiffs, EMILY CONTRERAS and JOSE LUA, SR., individually and as Administrators of the estate of RICHARD A. LUA, against Defendants, CITY OF SAN JOSE, CHIEF ROBERT DAVIS, OFFICER ERIC BACHMANN, OFFICER PATRICK LYNCH, and GENEVIEVE BLACK, United State District Court, Case Number CV 10-00953 RMW is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____           _____
                                    *Ronald M. Whyte*
                                    HONORABLE RONALD M. WHYTE
                                    U.S. District Court
                                    Northern District of California